**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

PAM SANDERS                                                                              PLAINTIFF

v.                                             4:05CV00432 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered accordingly.

DATED this 9th day of February, 2006.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE