IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

PAM SANDERS                                                                                    PLAINTIFF

v.                                    NO. 4:05CV00432 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

This recommended disposition has been submitted to United States District Judge Susan Webber Wright. The parties may file specific written objections to these findings and recommendations and must provide the factual or legal basis for each objection. An original and one copy of the objections must be filed with the Clerk no later than eleven (11) days from the date of the findings and recommendations. A copy must be served on the opposing party. The District Judge, even in the absence of objections, may reject these findings and recommendations in whole or in part.

### DISPOSITION

Pending before the Court is Plaintiff's Application for Approval of Attorney's Fees and Costs pursuant to the Equal Access to Justice Act ("EAJA") (docket entry #11). Defendant has filed a Response (docket entry #15), and the matter has been referred to this Court for recommended disposition (docket entry #14). For the reasons set forth herein, the Court recommends that the Motion be granted.

On March 8, 2005, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") that denied her social security benefits (docket entry #2). On February 9, 2006, the Court entered an Order and Judgment (docket entries #12 and #13) that remanded the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On February 8, 2006, Plaintiff's attorney, Mr. James W. Stanley, Jr., filed an Application for Approval of Attorney's Fees and Costs seeking payment under the EAJA. In this Motion, Mr. Stanley seeks payment for 12.00 hours of work performed by him at the hourly rate of $148.00 ($1,776.00) and $10.00 in expenses. The Commissioner does not contest Plaintiff's entitlement to an award of attorney's fees under the EAJA and asserts that she has no objection to the amount requested by Plaintiff's attorney (docket entry #15).

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commission's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence four remand order, such as the one entered in this case (docket entry #12), is a prevailing party entitled to EAJA fees. *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, the Court recommends that Plaintiff's attorney receive a total award of $1,786.00.

IT IS THEREFORE RECOMMENDED that Plaintiff's Application for Approval of

Attorney's Fees and Costs pursuant to the EAJA (docket entry #11) be GRANTED.

IT IS FURTHER RECOMMENDED that the Commissioner certify and pay to Mr. James W. Stanley, Jr., attorney for Plaintiff, $1,786.00 as attorney's fees, pursuant to the EAJA.

DATED this 3rd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE