IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

PAM SANDERS                                                                                          PLAINTIFF

V.                            NO. 4:05CV00432 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Application for Approval of Attorney's Fees and Costs pursuant to the Equal Access to Justice Act (docket entry #11) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. James W. Stanley, Jr., attorney for Plaintiff, $1,786.00 as attorney's fees, pursuant to the EAJA.

DATED this 22nd day of March, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE